IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GAVIN CLASS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-15-1544 |
| TOWSON UNIVERSITY, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER & JUDGMENT**

For the reasons stated in the foregoing Memorandum Opinion, this 17th day of July, 2015, it is HEREBY ORDERED that:

1. Plaintiff Gavin Class' Motion for Preliminary Injunction (ECF No. 2), which has been construed as a motion for permanent injunction pursuant to the agreement of the parties, is GRANTED;

And it is further HEREBY ORDERED and ADJUDGED that:

2. JUDGMENT is ENTERED in favor of Plaintiff Gavin Class against Defendant Towson University with respect to his claims under Section 504 of the Rehabilitation Act and the Americans with Disabilities Act.

3. Defendant Towson University has and continues to violate the ADA and Section 504 of the Rehabilitation Act by denying Gavin Class the right to actively and fully participate in the University's football program;

1

4. Defendant Towson University will be PERMANENTLY ENJOINED from violating his rights under the Americans with Disabilities Act and Section 504 of the Rehabilitation by prohibiting him from participating in the University's football program resulting from medical concerns related to his status as a transplant recipient and heat stroke victim.

5. This Order shall be deemed to be a Final Judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure;

6. This Court's ruling is STAYED for a period of ten (10) days to allow Towson University to note an expedited appeal to the United States Court of Appeals for the Fourth Circuit if it so chooses; and

7. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to counsel for the parties.

                                                  /s/
                                           Richard D. Bennett
                                           United States District Judge