FILED: December 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1811
(1:15-cv-01544-RDB)

_____

GAVIN CLASS

       Plaintiff - Appellee

v.

TOWSON UNIVERSITY

       Defendant - Appellant

-------------------------------

AMERICAN MEDICAL SOCIETY FOR SPORTS MEDICINE; MARYLAND ATHLETIC TRAINERS ASSOCIATION; NATIONAL ATHLETIC TRAINERS' ASSOCIATION, INC.; NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

       Amici Supporting Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 11/13/2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*