IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GAVIN CLASS, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. RDB-15-1544 |
| TOWSON UNIVERSITY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

Still pending on this Court's docket is the Plaintiff's Motion for Attorneys' Fees and Costs (ECF#30). The Unites States Court of Appeals for the Fourth Circuit having REVERSED the Judgment of this Court (ECF#38) and the Mandate of the Fourth Circuit having been issued (ECF#41);

IT IS HEREBY ORDERED this 11th day of February 2016 that the Motion for Attorneys' Fees and Costs filed by the Plaintiff is DENIED.

February 11, 2016                    /s/
                                     Richard D. Bennett
                                     United States District Judge